UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>         *Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF JUSTICE<br><br>         *Defendants*. | AFFIDAVIT OF KYLE VIRGIEN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE<br><br>Case No. 1:24-cv-07444-DLC |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kyle Virgien, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff, American Civil Liberties Union Foundation, in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed to this filing, I am a member in good standing of the bar of the Supreme Court of the state of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This tenth day of October, 2024.

Respectfully Submitted,

Kyle Virgien
American Civil Liberties Union Foundation
National Prison Project
425 California St., 7th Floor
San Francisco, CA 94104
Phone: 415-343-0770
kvirgien@aclu.org

Subscribed and sworn to or affirmed before me this

\_\_\_\_ day of _____ in the year 2024.

NOTARY PUBLIC

**PLEASE SEE ATTACHED NOTARY CERTIFICATE**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Alameda__

Subscribed and sworn to (or affirmed) before me on this __10th__ day of __October__, 20__24__, by __Kyle A. Mitchell Virgien__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

NATHAN SKINNER
COMM. #2478043
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. DECEMBER 31, 2027

Signature __Nathan Skinner__