UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>               *Plaintiff*,<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF JUSTICE<br><br>               *Defendants*. | [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE<br><br>Case No. 1:24-cv-07444-DLC |

      The motion of Kyle Virgien, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

      Mr. Virgien has certified that he is a member in good standing in the bar of the Supreme Court of the state of California, and that his contact information is as follows:

      Kyle Virgien
      American Civil Liberties Union
      National Prison Project
      425 California St., 7th Floor
      San Francisco, CA 94104
      Phone: 415-343-0770
      kvirgien@aclu.org

      Mr. Virgien having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Mr. Virgien is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.

Dated:

_____

Honorable Denise L. Cote
United States District Court Judge