AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | |
|---|---|
| American Civil Liberties Union Foundation <br><br>_____<br> *Plaintiff(s)* <br> v. <br><br> United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, United States Department of Justice <br> _____<br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 24-cv-07444

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Linnea Cirpriano
Goodwin Procter LLP
620 Eighth Ave.,
New York, NY 10018
Tel.: (212) 813-8800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____10/9/2024_____                    /s/ P. Canales
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*  United States Department of Justice(see note below)

was received by me on *(date)*  October 9, 2024  .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*  I mailed a copy of the Summons; Complaint; Civil Cover Sheet; Rule 26.1 Corporate Disclosure Statement; Notice of Appearance of Jacob Tyson, and Notice of Initial Pretrial Conference via USPS Certified Mail to the above-referenced Defendant, the United States Attorney's Office for the Southern District of New York and the Attorney General of the United States on October 10, 2024. Please see the attached USPS receipts, showing the delivery addresses and delivery confirmation and showing that the documents were delivered on October 15, 2024, October 11, 2024, and October 15, 2024, respectively.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  10/22/2024  

_____
*Server's signature*

Abby Morin, Court Procedures and Docketing Clerk
_____
*Printed name and title*

620 Eighth Avenue, New York, NY 10018
_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To

Street and

City, State,

United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

PS Form 3

9589 0710 5270 1210 8736 65

OCT 10 2024
TIMES SQUARE STATION
NEW YORK, NY USPS



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To

Street a

City, St

PS Fo

instructions

Civil Process Clerk
US Attorney's Office for the SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007

TIME SQUARE STATION
OCT 10 2024



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

OCT 10 2024

Postage
$

Total Postage and Fees

Assistant Attorney General for Administration
US Dept. of Justice, Justice Management Division
950 Pennsylvania Avenue, N.W., Room 1111
Washington, D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

**FAQs  ›**

**Tracking Number:**

**Remove ✕**

## 9589071052701210873665

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 10:15 am on October 15, 2024 in WASHINGTON, DC 20044.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**

WASHINGTON, DC 20044
October 15, 2024, 10:15 am

**Arrived at Post Office**

WASHINGTON, DC 20004
October 15, 2024, 9:29 am

**In Transit to Next Facility**

October 14, 2024

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 9:14 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

# USPS Tracking®

**FAQs** ›

**Tracking Number:**

**Remove** ✕

## 95890710527012101870985

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:50 pm on October 11, 2024 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
October 11, 2024, 1:50 pm

**Arrived at Post Office**
NEW YORK, NY 10007
October 11, 2024, 6:26 am

**Arrived at USPS Facility**
NEW YORK, NY 10007
October 11, 2024, 3:03 am

**Departed USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 11, 2024, 2:33 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 8:52 pm

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701210870978

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:53 am on October 15, 2024 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 15, 2024, 5:53 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
October 12, 2024, 10:42 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
October 12, 2024, 9:49 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 6:21 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:39 am

● **Departed USPS Regional Facility**

Feedback

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:13 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:13 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 2:53 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 3:32 pm

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 2:47 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 12:01 pm

**In Transit to Next Facility**

October 11, 2024, 11:48 am

**In Transit to Next Facility**

October 11, 2024, 8:45 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 11, 2024, 6:10 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 8:57 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄