AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| American Civil Liberties Union Foundation <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, United States Department of Justice <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 24-cv-07444 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW, Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Linnea Cirpriano
Goodwin Procter LLP
620 Eighth Ave.,
New York, NY 10018
Tel.: (212) 813-8800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/9/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Homeland Security (see note below) was received by me on *(date)* October 9, 2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed a copy of the Summons; Complaint; Civil Cover Sheet; Rule 26.1 Corporate Disclosure Statement; Notice of Appearance of Jacob Tyson, and Notice of Initial Pretrial Conference via USPS Certified Mail to the above-referenced Defendant, the United States Attorney's Office for the Southern District of New York and the Attorney General of the United States on October 10, 2024. Please see the attached USPS receipts, showing the delivery addresses and delivery confirmation and showing that the documents were delivered on October 16, 2024, October 11, 2024, and October 15, 2024, respectively.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/22/2024

*Server's signature*

Abby Morin, Court Procedures and Docketing Clerk
*Printed name and title*

620 Eighth Avenue, New York, NY 10018
*Server's address*

Additional information regarding attempted service, etc:







# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701210873658

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 6:45 am on October 16, 2024 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
WASHINGTON, DC 20528
October 16, 2024, 6:45 am

**Arrived at Post Office**
WASHINGTON, DC 20018
October 16, 2024, 5:39 am

**In Transit to Next Facility**
October 14, 2024

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 9:14 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package?_gl=1*1thvvhk*_gcl_au*MTkzODYyMjQ0MS4xNzI5NTM1NDkx*_ga*NDMyMDQ4MjQ3LjE3Mjk1MzU0OTI.*_ga_3NXP3C8S9V*MTcyOTUzOTQxMi4yLjEuMTcyOTU0MDE2...

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701210870978

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:53 am on October 15, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
October 15, 2024, 5:53 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
October 12, 2024, 10:42 am

### Arrived at Post Office
WASHINGTON, DC 20018
October 12, 2024, 9:49 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 6:21 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:39 am

### Departed USPS Regional Facility

Feedback

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:13 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 3:13 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 12, 2024, 2:53 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 3:32 pm

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 2:47 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
October 11, 2024, 12:01 pm

**In Transit to Next Facility**

October 11, 2024, 11:48 am

**In Transit to Next Facility**

October 11, 2024, 8:45 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 11, 2024, 6:10 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 8:57 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701210870985

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:50 pm on October 11, 2024 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
October 11, 2024, 1:50 pm

### Arrived at Post Office
NEW YORK, NY 10007
October 11, 2024, 6:26 am

### Arrived at USPS Facility
NEW YORK, NY 10007
October 11, 2024, 3:03 am

### Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
October 11, 2024, 2:33 am

### Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER
October 10, 2024, 8:52 pm