U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 4, 2024

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The 12/6 conference is cancelled. A status letter is due 1/10/25.*

*/s/ Denise Cote*
*12/5/24*

Re: *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

This Office represents Defendants United States Immigration and Customs Enforcement ("ICE"), United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Department of Justice ("DOJ") in the above-referenced action. Plaintiff American Civil Liberties Union Foundation brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties jointly request that the initial pretrial conference scheduled for December 6, 2024, be adjourned *sine die* and that the parties be permitted to submit joint status letters to the Court every 30 days, beginning December 18, 2024. The parties may seek the Court's assistance—whether as part of the monthly status updates or otherwise—if they are not able to resolve any issues informally. This is the parties' first request for an adjournment of this conference.

The parties are working to resolve issues in this case consensually and have neared an agreement by which Defendants will provide what they contend is an appropriate response to Plaintiff's FOIA requests. The parties will update the Court further in the proposed December 18, 2024, status letter.

Because this is a FOIA action, the parties understand Local Civil Rule 16.1 to exempt this case from the mandatory scheduling order requirement contained in Federal Rule of Civil Procedure 16(b). The parties expect that this case, like most FOIA cases, will be resolved through settlement or on cross-motions for summary judgment without the need for discovery. *See Wood v. F.B.I.*, 432 F.3d 78, 84-85 (2d Cir. 2005). As a result, the parties anticipate that they can productively move this case toward resolution without the need for the Court's assistance at this stage. Plaintiff, however, reserves the right to seek discovery if unanticipated issues and disputes arise. *See, e.g. Fams. for Freedom v. U.S. Customs & Border Prot.*, 837 F. Supp. 2d 331, 336–37 (S.D.N.Y. 2011) (authorizing discovery in FOIA case).

Accordingly, the parties respectfully request that the Court adjourn the December 6, 2024, conference and permit them to submit joint status reports every 30 days, beginning on December 18, 2024, as they work to resolve any issues without further litigation. Should the parties reach an impasse as to any issues, including on the process of producing documents or on the merits of

whether Defendants have complied with their FOIA obligations, the parties will identify those issues in a joint status report.

We thank the Court for its consideration of this request.

          Respectfully,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By:   */s/ Jessica F. Rosenbaum*
      ALYSSA B. O'GALLAGHER
      JESSICA F. ROSENBAUM
      Assistant United States Attorneys
      Tel.:   (212) 637-2822/2777
      Email: Alyssa.O'Gallagher@usdoj.gov
              Jessica.Rosenbaum@usdoj.gov

      */s/ Linnea Cipriano*
      Linnea Cipriano
      Jacob S. Tyson
      GOODWIN PROCTER LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018
      Tel: +1 212 813 8800
      Fax: +1 212 355 3333
      *LCipriano@goodwinlaw.com*
      *Jtyson@goodwinlaw.com*

      Eunice Hyunhye Cho
      AMERICAN CIVIL LIBERTIES FOUNDATION
      National Prison Project
      915 15th St. NW
      Ste 7th Floor
      Washington, DC 20005
      Tel: +1 202 548 6616
      Echo@aclu.org

      Kyle A. Virgien
      AMERICAN CIVIL LIBERTIES FOUNDATION
      425 California St.
      Suite 700
      San Francisco, CA 94104
      Tel: +1 415 343 0770
      KVirgien@aclu.org