UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>   *Defendants*. | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 24-cv-7444-DLC |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, My Khanh Ngo hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

  I am a member in good standing of the Supreme Court of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 11th of December, 2024.

                   Respectfully Submitted,

                   */s/ My Khanh Ngo*
                   My Khanh Ngo
                   American Civil Liberties Union Foundation
                   Immigrants' Rights Project

425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0764
mngo@aclu.org