## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

*Defendants*.

[PROPOSED] ORDER FOR ADMISSION
PRO HAC VICE

Case No. 24-cv-7444-DLC

The motion of My Khanh Ngo, for admission to practice Pro Hac Vice in the above captioned matter, is hereby granted.

Ms. Ngo has certified that she is a member in good standing of the Supreme Court of the State of California; and that her contact information is as follows:

My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0764
mngo@aclu.org

Ms. Ngo having requested admission Pro Hac Vice for all purposes as counsel for the American Civil Liberties Union Foundation in the above-entitled action;

IT IS HEREBY ORDERED that Ms. Ngo is admitted for practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys.


Dated:

_____

Honorable Denise L. Cote
United States District Court Judge