UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-07444-DLC |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Jacob Tyson respectfully requests to withdraw as counsel of record for Plaintiff American Civil Liberties Union Foundation. Good cause exists because I will be leaving Goodwin Procter LLP ("Goodwin Procter"). There is no assertion of a retaining or charging lien and Plaintiff American Civil Liberties Union Foundation will continue to be represented by Linnea Patt Cipriano from Goodwin Procter LLP and Eunice Hyunhye Cho, Kyle A. Virgien from American Civil Liberties Union Foundation. In connection with this request for withdrawal, it is also requested that the clerk be directed to remove Jacob Tyson from the CM/ECF service list for this matter.

Dated: August 6, 2025                              Respectfully submitted,

                                                                         */s/ Jacob Tyson*
                                                                         Jacob Tyson
                                                                         GOODWIN PROCTER LLP
                                                                         620 Eighth Ave.
                                                                         New York, NY 10018
                                                                         Tel: +1 917 229 7551
                                                                         Fax: +1 212 355 3333
                                                                         *JTyson@goodwinlaw.com*

## **CERTIFICATE OF SERVICE**

I, Jacob Tyson, hereby certify that on August 6 2025, I caused the foregoing document, filed through the CM/ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 6, 2025                                                                 */s/ Jacob Tyson*
                                                                                                     Jacob Tyson