UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-07444-DLC |

**PROPOSED ORDER GRANTING MOTION OF JACOB TYSON TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the appearance of Jacob Tyson as counsel of record on behalf of Plaintiff American Civil Liberties Union Foundation in the above-captioned action, and for removal of Jacob Tyson from the CM/ECF service list is hereby GRANTED.

**SO ORDERED**

Dated: _____, 2025                                                         _____

The Hon. Denise L. Cote
United States District Judge