

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 16, 2025

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

    This Office represents Defendants United States Immigration and Customs Enforcement ("ICE"), United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Department of Justice ("DOJ") in the above-named action. Plaintiff American Civil Liberties Union Foundation brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties write jointly, pursuant to the Court's order of August 18, 2025, ECF No. 54, to provide a status update.

    ICE: ICE made its first and final release of responsive, non-exempt records on November 19, 2024. Plaintiff inquired about FOIA exemptions applied to a spreadsheet in ICE's November 19, 2024, production; ICE reprocessed this spreadsheet and reproduced it to Plaintiff with fewer redactions on February 11, 2025. On March 17, 2025, Plaintiff inquired about FOIA exemptions applied to the reprocessed spreadsheet. ICE responded to this inquiry on March 27, 2025. On May 19, 2025, Plaintiff again inquired about FOIA exemptions applied to the reprocessed spreadsheet and ICE has agreed to reconsider certain withholdings that were made pursuant to Exemption 4. As part of that process, ICE recently sent submitter notices to seven contractors associated with the withheld information. During the submitter notice process, on July 23, 2025, ICE produced to Plaintiff a reprocessed spreadsheet with a partial lifting of redactions, which contained information for six of the seven contractors' facilities. Upon conclusion of the submitter notice process for all contractors, a fully unredacted spreadsheet was produced to Plaintiff on August 6, 2025. Plaintiff also inquired about contracts that it believed to be responsive to its request based on information from publicly available sources. ICE responded to this inquiry on January 22, 2025, confirming that there are no contracts responsive to Plaintiff's FOIA request.

    DHS: On November 26, 2024, DHS produced 21 responsive, non-exempt pages related to one of Plaintiff's two FOIA requests. DHS has located no other records responsive to that request. As to the second FOIA request, DHS processed 5,710 potentially responsive pages, reviewed those pages for responsiveness, and determined that 5,589 were non-responsive and 121 were responsive. Two of the responsive pages were duplicates and the remaining 119 pages were produced to Plaintiff on March 28, 2025. On July 18, 2025, Plaintiff requested a *Vaughn* Index for

DHS's production in response to FOIA No. 2025-HQLI-00001 (Original Case 2025-HQFO-02395). DHS provided Plaintiff with a draft *Vaughn* Index on August 27, 2025.

CBP: CBP completed its search, which yielded approximately 621 potentially responsive pages, prior to February 10, 2025. CBP made its first production of responsive, non-exempt records on March 10, 2025, and it completed processing and made a final production of responsive, non-exempt records on April 14, 2025.

DOJ, Office of Legal Counsel ("OLC"): OLC completed its search and identified four potentially responsive documents. To streamline OLC's production, Plaintiff previously agreed that DOJ may produce only a portion of one of the documents, and that Plaintiff will determine after reviewing that portion whether Plaintiff will seek the document in its entirety. OLC transmitted some or all of the remaining documents to three separate entities for consultation. OLC produced three of the four documents on March 21, 2025, and the fourth document on May 16, 2025.

The parties request permission to submit another joint status report on or before October 17, 2025.

We thank the Court for its consideration of this request.

Granted.
/s/ Denise Cote
9/16/25

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Jessica F. Rosenbaum
      ALYSSA B. O'GALLAGHER
      JESSICA F. ROSENBAUM
      Assistant United States Attorneys
      Tel.:   (212) 637-2822/2777
      Email: Alyssa.O'Gallagher@usdoj.gov
             Jessica.Rosenbaum@usdoj.gov

      /s/ Linnea Cipriano
      Linnea Cipriano
      GOODWIN PROCTER LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018
      Tel: +1 212 813 8800
      Fax: +1 212 355 3333
      LCipriano@goodwinlaw.com

2

Eunice Hyunhye Cho
AMERICAN CIVIL LIBERTIES FOUNDATION
National Prison Project
915 15th St. NW
Ste 7th Floor
Washington, DC 20005
Tel: +1 202 548 6616
Echo@aclu.org

Kyle A. Virgien
AMERICAN CIVIL LIBERTIES FOUNDATION
425 California St.
Suite 700
San Francisco, CA 94104
Tel: +1 415 343 0770
KVirgien@aclu.org