

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 27, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

    This Office represents Defendants United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, and United States Department of Justice in the above-named action. Plaintiff American Civil Liberties Union Foundation brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The parties write jointly, pursuant to the Court's order of January 5, 2026, ECF No. 60, to provide a status update.

    The parties have resolved all issues in this action except for attorneys' fees and costs. On January 10, 2026, Plaintiff relayed to Defendants a settlement proposal addressing attorneys' fees and costs. Defendants have considered Plaintiff's proposal and are preparing a counterproposal. To allow the parties additional time to determine if they can resolve issues related to attorneys' fees and costs consensually, they respectfully request permission to submit another joint letter on or before April 27, 2026, regarding the status of their negotiations.

    We thank the Court for its consideration of this request.

Granted.
/s/ Denise Cote
2/27/26

                                                 Respectfully,

                                                 JAY CLAYTON
                                                 United States Attorney for the
                                                 Southern District of New York

                      By:    */s/ Alyssa B. O'Gallagher*
                            ALYSSA B. O'GALLAGHER
                            JESSICA F. ROSENBAUM
                            Assistant United States Attorneys
                            Tel.:   (212) 637-2822/2777
                            Email: Alyssa.O'Gallagher@usdoj.gov
                                         Jessica.Rosenbaum@usdoj.gov