**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>          *Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF JUSTICE,<br><br>          *Defendants.* | Case No.: 1: 24-cv-07444 |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Civil Rule 1.4, I, Eunice H. Cho, respectfully seek leave to withdraw my appearance as attorney for Plaintiff American Civil Liberties Union Foundation ("ACLU") in this matter because of my departure from the ACLU. The ACLU will continue to be represented in this matter by other experienced attorneys from the organization, who have previously entered their appearances in this case. My withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Respectfully submitted,

/s/ Eunice H. Cho
Eunice H. Cho*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org

\*admitted pro hac vice

### CERTIFICATE OF SERVICE

I, Eunice H. Cho, hereby certify that on March 25, 2026, I caused the foregoing document, filed

through the CM/ECF system, to be sent electronically to the registered participants as identified

on the Notice of Electronic Filing (NEF).

Dated: March 25, 2026

/s/ Eunice H. Cho
Eunice H. Cho\*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org
\*admitted pro hac vice