**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

     *Plaintiff,*

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, UNITED STATES CUSTOMS
AND BORDER PROTECTION, UNITED
STATES DEPARTMENT OF JUSTICE,

     *Defendants.*

Case No.: 1:24-cv-07444

---

**PROPOSED ORDER GRANTING MOTION OF EUNICE H. CHO
TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the

appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff American Civil Liberties

Union Foundation in the above-captioned action is hereby GRANTED.

     **SO ORDERED.**

Dated: _____, 2026

                            _____
                            The Hon. Denise L. Cote
                            United States District Judge