## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,
          *Plaintiff,*

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY, UNITED STATES CUSTOMS
AND BORDER PROTECTION, UNITED
STATES DEPARTMENT OF JUSTICE,

          *Defendants.*

Case No.: 1: 24-cv-07444

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, I, Eunice H. Cho, respectfully seek leave to withdraw

my appearance as attorney for Plaintiff American Civil Liberties Union Foundation ("ACLU") in

this matter because of my departure from the ACLU. The ACLU will continue to be represented

in this matter by other experienced attorneys from the organization, who have previously entered

their appearances in this case. My withdrawal as counsel will not cause disruption to the

proceeding and will not involve assertion of a charging or retaining lien.

Respectfully submitted,

Granted.
*/s/ Denise Cote*
3/26/26

/s/ Eunice H. Cho
Eunice H. Cho*
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
(202) 548-6616
echo@aclu.org