UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

Plaintiff,

v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

Defendants.

AFFIDAVIT OF CARMEN IGUINA
GONZALEZ IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE

Case No.: 24-cv-07444-DLC

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Carmen Iguina Gonzalez, herby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff, American Civil Liberties Union Foundation, in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of the United States, and the bars of the District of Columbia (active), and California (active).

4. I have never convicted a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 28 date of APRIL , 2026.

Respectfully submitted,

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Phone: 202-675-2317
ciguinagonzalez@aclu.org

Subscribed and sworn to or affirmed before me this

28TH day of APRIL in the year 2026.

NOTARY PUBLIC

District of Columbia
Signed and Sworn to (or affirmed) before me on 4/28/26 (Date)
by CARMEN IGUINA GONZALEZ
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: h. M. Millan
Title of Office: NOTARY PUBLIC
My Commission Expires: 10/31/2028

