**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 29, 2026

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

This Office represents Defendants United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, and United States Department of Justice in the above-named action.  Plaintiff American Civil Liberties Union Foundation brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552.  The parties write jointly, pursuant to the Court's order of April 28, 2026, ECF No. 67, to provide a status update.

The parties have resolved all issues in this action except for attorneys' fees and costs.  On January 10, 2026, Plaintiff relayed to Defendants a settlement proposal addressing attorneys' fees and costs.  On April 27, 2026, the parties conferred to discuss Defendants' counterproposal, which they have further discussed in May.  To allow the parties additional time to determine if they can resolve Plaintiff's demand for attorneys' fees and costs, we respectfully request permission to submit another joint letter on or before June 29, 2026, regarding the status of the parties' negotiations.

We thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jessica F. Rosenbaum*
ALYSSA B. O'GALLAGHER
JESSICA F. ROSENBAUM
Assistant United States Attorneys
Tel.:    (212) 637-2822/2777
Email: Alyssa.O'Gallagher@usdoj.gov
        Jessica.Rosenbaum@usdoj.gov

*Granted.*

*[signature]*
6/3/26