

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 29, 2026

**By ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

This Office represents Defendants United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, and United States Department of Justice in the above-named action. Plaintiff American Civil Liberties Union Foundation brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The parties write jointly, pursuant to the Court's order of June 3, 2026, ECF No. 69, to provide a status update.

The parties have resolved all issues in this action except for attorneys' fees and costs. On January 10, 2026, Plaintiff relayed to Defendants a settlement proposal addressing attorneys' fees and costs. Since that time, the parties have exchanged numerous settlement demands and counter-demands. Defendants are considering Plaintiff's most recent proposal, which was made on July 16. To allow the parties additional time to determine if they can resolve Plaintiff's demand for attorneys' fees and costs, we respectfully request permission to submit another joint letter on or before August 29, 2026, regarding the status of the parties' negotiations.

We thank the Court for its consideration of this request.

      Respectfully,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York

By:    */s/ Jessica F. Rosenbaum*
      JESSICA F. ROSENBAUM
      Assistant United States Attorney
      Tel.:  (212) 637-2777
      Email: Jessica.Rosenbaum@usdoj.gov

*/s/ Linnea Cipriano*
Linnea Cipriano
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333
*LCipriano@goodwinlaw.com*

Carmen Iguina González
AMERICAN CIVIL LIBERTIES FOUNDATION
915 15th St. NW
7th Floor
Washington, DC 20005
Tel: +1 202 675 2317
ciguinagonzalez@aclu.org

Kyle A. Virgien
AMERICAN CIVIL LIBERTIES FOUNDATION
425 California St.
Suite 700
San Francisco, CA 94104
Tel: +1 415 343 0770
KVirgien@aclu.org