**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 6, 2026

**By ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *American Civil Liberties Union Foundation v. United States Immigration and Customs Enforcement, et al.*, No. 24 Civ. 7444 (DLC)

Dear Judge Cote:

This Office represents Defendants United States Immigration and Customs Enforcement, United States Department of Homeland Security, United States Customs and Border Protection, and United States Department of Justice in the above-named action brought by Plaintiff American Civil Liberties Union Foundation pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The parties write jointly, pursuant to the Court's order of September 30, 2026, ECF No. 78, to provide a status update.

Productions of responsive, non-exempt records in this FOIA matter are complete, and the parties are continuing to negotiate over Plaintiff's claim to attorneys' fees. Two of the four agency defendants are still in the process of evaluating Plaintiff's most recent fee proposal, which was made on July 16, 2026. The parties propose that on or before December 18, they submit either a Stipulation of Settlement and Dismissal or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of the settlement negotiations and proposing next steps.

We thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
Tel.: (212) 637-2777
Email: Jessica.Rosenbaum@usdoj.gov

*/s/* Linnea Cipriano
Linnea Cipriano
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: +1 212 813 8800
Fax: +1 212 355 3333
*LCipriano@goodwinlaw.com*

Carmen Iguina González
AMERICAN CIVIL LIBERTIES FOUNDATION
915 15th St. NW
7th Floor
Washington, DC 20005
Tel: +1 202 675 2317
ciguinagonzalez@aclu.org